**Stephanie GUILLERMO, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 02–3142.

United States Court of Appeals, Federal Circuit.

DECIDED: May 1, 2003.

*ORDER*

Petitioner having failed to respond to the show cause order of February 11, 2003, this appeal is hereby dismissed. Each party shall bear its own costs.

**John MAPU, Jr., Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7015.

United States Court of Appeals, Federal Circuit.

DECIDED: May 1, 2003.

Before NEWMAN, BRYSON, and DYK, Circuit Judges.

BRYSON, Circuit Judge.

*ORDER*

The Secretary of Veterans Affairs moves to waive the requirements of Fed. Cir. R. 27(f) and vacate the Court of Appeals for Veterans Claims September 13, 2002 order and remand this case to the Court of Appeals for Veterans Claims for further proceedings. John Mapu, Jr. opposes.

The Secretary states that the matter should be remanded because the Court of Appeals for Veterans Claims did not have the benefit of our decisions in *Jaquay v. Principi*, 304 F.3d 1276 (Fed.Cir.2002) (en banc), and *Santana–Venegas v. Principi*, 314 F.3d 1293 (Fed.Cir.2002), at the time it ruled on the timeliness of Mapu's notice of appeal and the availability of equitable tolling. In view thereof, the court remands to afford the Court of Appeals for Veterans Claims an opportunity to conduct further proceedings in light of *Jaquay* and *Santana–Venegas*.

Accordingly,

IT IS ORDERED THAT:

The motions are granted.